NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| UPWIND MANAGEMENT, INC., as assignee of rights of Julie L. Neugebauer and James Neugebauer, | ) ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D17-2907 |
| U.S. BANK NATIONAL ASSOCIATION, as trustee for registered holders of Chase Funding Mortgage Loan asset-backed certificates, series 2003-6, | ) ) ) ) ) | |
| Appellee. | ) ) ) | |

Opinion filed June 8, 2018.

Appeal from the Circuit Court for Pinellas County; Karl B. Grube, Judge.

Matthew D. Wolf of The Law Office of Matthew D. Wolf, PLCC, Riverview, for Appellant.

No Appearance for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT and LUCAS, JJ., and CASE, JAMES, ASSOCIATE SENIOR JUDGE, Concur.